FILED

2006 SEP 11  AM 8:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVITROGEN CORPORATION, | Case No. 05cv720-BTM (BLM) |
| Plaintiff, | **ORDER AFTER CASE MANAGEMENT CONFERENCE** |
| v. | |
| BIO-RAD LABORATORIES, INC., | |
| Defendant. | |

A telephonic Case Management Conference was held on September 7, 2006.  After being advised of the status of the case, and good cause appearing,

**IT IS HEREBY ORDERED:**

On or before **September 13, 2006**, each party shall submit a letter to the chambers of Magistrate Judge Major, with a copy to opposing counsel, setting forth the case status and recommended dates for the case to proceed forward.  Failure to comply with this order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: 9/7/06

_____
BARBARA L. MAJOR
United States Magistrate Judge

05cv720-BTM (BLM)

COPY TO:

HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ALL COUNSEL

05cv720-BTM (BLM)